United States District Court
Western District of Texas
Waco
**Deficiency Notice**

| | |
|---|---|
| To: | McCullough, Christina J. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, December 1, 2022 |
| Re: | 06:22-CV-00335-ADA / Doc # 37 / Filed On: 11/30/2022 05:29 PM CST |

Pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
  Remarks: The Certificate of Service states that service was accomplished via CM/ECF, however that is not possible with sealed documents. Though a Notice goes out to all attys, the document filed is not accessible. Please secure another means of service and file a corrected Certificate of Service linked to document #37.